light of *BMW of North America, Inc.* v. *Gore, ante,* p. 559.

No. 95–771. FORD MOTOR CO. *v.* SPERAU ET AL. Sup. Ct. Ala. Motion of Business Council of Alabama for leave to file a brief as *amicus curiae* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *BMW of North America, Inc.* v. *Gore, ante,* p. 559.

No. 95–1072. COMBUSTION ENGINEERING, INC. *v.* JOHANSEN ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *BMW of North America, Inc.* v. *Gore, ante,* p. 559.

No. 95–1414. APACHE CORP. *v.* MOORE ET AL. Ct. App. Tex., 7th Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *BMW of North America, Inc.* v. *Gore, ante,* p. 559.

No. 95–8396. PEEPLES *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States,* 516 U. S. 137 (1995).

No. D–1682. IN RE DISBARMENT OF BRAMHALL. Richard Arthur Bramhall, Jr., of York, Pa., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1683. IN RE DISBARMENT OF CLINARD. William Faulkner Clinard, of Germantown, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.